JOHN R. FUISZ (*pro hac vice*)
**THE FUISZ LAW FIRM**
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004
Telephone: (202) 621-1889
E-mail: Jfuisz@fuiszlaw.com

JENNIFER L. ISHIMOTO (SBN 211845)
**BANIE & ISHIMOTO LLP**
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 320-1628
Facsimile: (650) 320-1628
E-mail: ishimoto@banishlaw.com

Attorneys for Plaintiff
Libyan Jamahiriya Broadcasting Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Libyan Jamahiriya Broadcasting Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Maher Adly Fadel,<br><br>        Defendant. | Civil Action No. 3:10-CV-05432-WHA<br><br>**PLAINTIFF LIBRYAN JAMAHIRIYA BROADCASTING CORPORATION'S *EX PARTE* APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 3, 2011<br>Time: 11 a.m. |

Plaintiff Libyan Jamahiriya Broadcasting Corporation ("LJBC") submits this Ex Parte Application to Continue the Case Management Conference.

**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Given the current circumstances in Libya, counsel for Plaintiff LJBC is unable to reach its client at the present time. Thus, Plaintiff LJBC asks that the Initial Case Management Conference, currently scheduled for March 3, 2011, be continued until April 14, 2011. In addition, as outlined in its CMC Statement, Plaintiff originally did serve the Defendant in this case via email. However, Plaintiff LJBC's attempt to serve the Defendant via Federal Express was returned as undeliverable. Given the Plaintiff LJBC believes that the Defendant is located in Egypt, LJBC has had difficulty further locating the Defendant in this case. Given the political issues and the resulting instability in Egypt, Plaintiff LJBC has had difficulty obtaining further information about the Defendant's location to further attempt service.

Plaintiff has received no contact from the Defendant. No answer has been filed to date and thus, Plaintiff believes there is no prejudice to continuing the current case management conference.

Plaintiff LJBC respectfully asks the Court to continue the current case management conference, scheduled for March 3, 2011 to April 14, 2011.

Dated: February 24, 2011

**Banie & Ishimoto LLP**

_/s/Jennifer Ishimoto_____
Jennifer Ishimoto (SBN 211845)

*Attorneys for Plaintiff*
*Libyan Jamahiriya Broadcasting Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Libyan Jamahiriya Broadcasting Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Maher Adly Fadel,<br><br>Defendant. | Civil Action No. 3:10-CV-05432-WHA<br><br>**[PROPOSED] ORDER** CONTINUING CASE MANAGEMENT CONFERENCE |

WHEREAS Plaintiff Libyan Jamahiriya Broadcasting Corporation ("LJBC") filed its Ex Parte Application for Order to Continue the Case Management Conference;

WHEREAS Plaintiff has shown good cause why a continuance should be issued;

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's Application, hereby grants Plaintiff's Application. The Case Management Conference previously schedule for March 3, 2011 at 11 a.m. is continued to April 14, 2011 at 11 a.m.

1  **IT IS SO ORDERED**

3  DATED: February 25, 2011.

APPROVED
Judge William Alsup

-2-

[PROPOSED] ORDER
CIVIL ACTION NO. CV10-05432

BANIE & ISHIMOTO
LLP