JOHN R. FUISZ (*pro hac vice*)
**THE FUISZ-KUNDU GROUP LLP**
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004
Telephone: (202) 621-1889
E-mail: Jfuisz@fuiszlaw.com

JENNIFER L. ISHIMOTO (SBN 211845)
**BANIE & ISHIMOTO LLP**
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 320-1628
Facsimile: (650) 320-1628
E-mail: ishimoto@banishlaw.com

Attorneys for Plaintiff
Libyan Jamahiriya Broadcasting Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Libyan Jamahiriya Broadcasting Corporation,

Plaintiff,

vs.

Maher Adly Fadel,

Defendant.

Civil Action No. 3:10-CV-05432-WHA

**PLAINTIFF LIBRYAN JAMAHIRIYA BROADCASTING CORPORATION'S *EX PARTE* APPLICATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** AND ORDER

Date: April 14, 2011
Time: 11 a.m.

Plaintiff Libyan Jamahiriya Broadcasting Corporation ("LJBC") submits this Ex Parte Application to Continue the Case Management Conference.

**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Given the current circumstances in Libya, counsel for Plaintiff LJBC is still unable to reach its client at the present time. Thus, Plaintiff LJBC asks that the Initial Case Management Conference, currently scheduled for April 14, 2011, be continued until June 16, 2011. In addition, as outlined in its CMC Statement, Plaintiff originally did serve the Defendant in this case via email. However, Plaintiff LJBC's attempt to serve the Defendant via Federal Express was returned as undeliverable. Given that Plaintiff LJBC believes that the Defendant is located in Egypt, LJBC has had difficulty further locating the Defendant in this case. Given the political issues and the resulting instability in Egypt, Plaintiff LJBC has had difficulty obtaining further information about the Defendant's location to further attempt service.

Plaintiff has received no contact from the Defendant. No answer has been filed to date and thus, Plaintiff believes there is no prejudice to continuing the current case management conference.

Plaintiff LJBC respectfully asks the Court to continue the current case management conference, scheduled for April 14, 2011 to June 16, 2011.

Dated: April 6, 2011

**Banie & Ishimoto LLP**

_/s/Jennifer Ishimoto____________________
Jennifer Ishimoto (SBN 211845)

*Attorneys for Plaintiff*
*Libyan Jamahiriya Broadcasting Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Libyan Jamahiriya Broadcasting Corporation,<br>Plaintiff,<br>vs.<br>Maher Adly Fadel,<br>Defendant. | Civil Action No. 3:10-CV-05432-WHA<br>**~~[PROPOSED~~] ORDER** |

WHEREAS Plaintiff Libyan Jamahiriya Broadcasting Corporation ("LJBC") filed its Ex Parte Application for Order to Continue Case Management Conference;

WHEREAS Plaintiff has shown good cause why a continuance should be issued;

The Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's Application, hereby grants Plaintiff's Application. The Case Management Conference previously schedule for April 14, 2011 at 11 a.m. is continued to June 16, 2011 ~~at 11 a.m~~. at 3:00 p.m.

**IT IS SO ORDERED**

DATED: April 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED AS MODIFIED
Judge William Alsup
NORTHERN DISTRICT OF CALIFORNIA